479 A.2d 1101

Commonwealth v. Layton, Appellant.

Submitted April 11, 1984. David J. Kaltenbaugh, Assistant Public Defender, for appellant; Ralph F. Kraft, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.